UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| JAKE RALPH STILLS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No.: 2:21-CV-109-DCLC-CRW |
| v. | ) |
| | ) |
| GREENEVILLE, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT ORDER

For the reasons set forth in the Memorandum and Order filed herewith, it is **ORDERED** and **ADJUDGED** that this prisoner's pro se civil rights action filed under 42 U.S.C. § 1983 is **DISMISSED** for failure to state a claim upon which relief may be granted. 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

Because the Court **CERTIFIED** in the Memorandum and Order that any appeal from this Order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

s/Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT
s/ *LeAnna R. Wilson*
CLERK OF COURT